# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| DANIEL B. BURNETT and RHONDA BURNETT,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFICSOURCE HEALTH PLANS, ADVANCED MEDICAL REVIEWS, LLC, and JOHN DOE,<br><br>Defendants. | No. CV 19-45-H-SEH<br><br>ORDER |

Defendant's Unopposed Motion for Appointment of Magistrate for Mediation[1] is GRANTED. This matter is referred to the Honorable John T. Johnston, United States Magistrate Judge, for the limited purpose of conducting a settlement conference.

Arrangements and scheduling of the conference will be set by order of Magistrate Judge Johnston.

---

[1] Doc. 51.

The Clerk of Court shall forthwith notify the parties and Magistrate Judge Johnston of the making of this Order.

DATED this 18th day of February, 2020.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge