FILED

3/2/2020

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| DANIEL B. BURNETT and RHONDA BURNETT,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFICSOURCE HEALTH PLANS, ADVANCED MEDICAL REVIEWS, LLC, and JOHN DOE,<br><br>Defendants. | No. CV 19-45-H-SEH<br><br><br><br>ORDER |

Plaintiffs' Unopposed Motion to Vacate Scheduling Order[1] is DENIED.

DATED this 2nd day of March, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[1] Doc. 54.