IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DANIEL B. BURNETT AND RHONDA S. BURNETT,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFICSOURCE HEALTH PLANS, ADVANCED MEDICAL REVIEWS, LLC, and JOHN DOE,<br><br>Defendants. | CV-19-45-H-SEH<br><br>ORDER TO DISMISS WITH PREJUDICE |

Pursuant to the parties' Stipulation to Dismiss with Prejudice, the Court hereby dismisses the above-captioned matter with prejudice in its entirety, with each side to bear their own costs and fees.

DATED this ___ day of April, 2020.

Sam E. Haddon
United States District Judge